UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

               Plaintiff,

   v.

HAROLD CLARK, et al.,

               Defendants.

No. C09-5527 RJB/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 15. Plaintiff has provided service forms and summonses, but has failed to provide the court with service copies of his complaint.

Plaintiff is now directed to provide complete copies of his complaint and exhibits so that the Court may direct the United States Marshal to serve his complaint upon the Defendants.

Accordingly, it is **ORDERED**:

(1)    Plaintiff is directed to return the appropriate number of service copies of his complaint for service on each named Defendant. These documents must be returned on or before

ORDER DIRECTING SUBMISSION OF SERVICE COPIES - 1

**October 30, 2009**, or the Court will recommend dismissal of this action for failure to prosecute.

DATED this  9th  day of October, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER DIRECTING SUBMISSION OF SERVICE COPIES - 2