# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

JOHN E. BARNHOUSE,

        Plaintiff,

v.

HAROLD CLARK, *et al.*,

        Defendants.

NO. C09-5527 RBL/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN PART

      Before the Court is Plaintiff's motion for an extension of time within which to provide the court with six complete copies of his complaint and exhibits, filed at Dkt. 16 on October 6, 2009. Dkt. 25. The court previously ordered Plaintiff to provide these copies so that the court can order the U.S. Marshal to serve the named defendants. Dkts. 22 and 27. Plaintiff requests an extension until April 2010 to allow him sufficient time to handwrite 750 pages. *Id.*

      The court is willing to grant Plaintiff additional time to submit the service copies, but finds his request for an extension until April of 2010 to be without merit. Plaintiff may submit photocopies of his complaint and exhibits.

      Accordingly, it is **ORDERED:**

      (1)     Plaintiff's motion for an extension of time (Dkt. 25) is **GRANTED in part**;

(2) Plaintiff shall provide the court with six complete copies of his complaint and exhibits (Dkt. 16) to the court **on or before December 18, 2009**, or the court will recommend dismissal of this action for failure to prosecute.

(3) The Clerk is directed to send copies of this order to Plaintiff.

**DATED** this  10th  day of November, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge