| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

        Plaintiff,

v.

HAROLD CLARK, et al.,

        Defendants.

Case No. C09-5527RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Objection [Dkt. #26] to the Magistrate Judge's Order Denying Motion for Appointment of Counsel [Dkt. #21]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of a Magistrate Judge to whom the matter has been referred may be reviewed by the District Court upon the objection of a party. Plaintiff objects to the Magistrate Judge's Order denying his requests for the appointment of counsel.

Plaintiff's objection is not well-taken. This Court's review of plaintiff's motion clearly reveals that plaintiff is not entitled to the appointment of counsel. Plaintiff's Objection [Dkt. #26] is **DENIED.**

**IT IS SO ORDERED.**

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 18th day of November, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE