# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

JOHN E. BARNHOUSE,

        Plaintiff,

v.

HAROLD CLARK, *et al.*,

        Defendants.

NO. C09-5527 RBL/KLS

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's second motion for an extension of time within which to provide the court with six complete copies of his complaint and exhibits, filed at Dkt. 16 on October 6, 2009. Dkt. 29. The court previously granted an extension of Plaintiff's deadline to submit his service copies. Dkt. 30. Plaintiff has until **December 18, 2009** to provide the service copies of his complaint and exhibits.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for an extension of time (Dkt. 29) is **DENIED as moot.**

(2)    The Clerk is directed to send copies of this order to Plaintiff.

**DATED** this  23rd  day of November, 2009.

                        Karen L. Strombom
                        United States Magistrate Judge