# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

JOHN E. BARNHOUSE,

    Plaintiff,

v.

HAROLD CLARK, *et al.*,

    Defendants.

NO. C09-5527 RBL/KLS

ORDER RESCINDING ORDER (DKT. 22) DIRECTING PLAINTIFF TO PROVIDE SERVICE COPIES

The court previously ordered Plaintiff to provide six complete copies of his complaint and exhibits (filed at Dkt. 16) on October 9, 2009. Dkt. 22. Thereafter, the court granted Plaintiff extensions of time to comply. Dkts. 27 and 30. However, after a recent review of the court's records, five copies of Plaintiff's complaint were found. These were not previously docketed as received on the case docket. Therefore, Plaintiff has complied with the court's Order.

Accordingly, it is **ORDERED**:

(1) The court's previous order directing Plaintiff to provide service copies (Dkt. 22) is **rescinded**. An order of service of Plaintiff's complaint shall issue under separate cover.

(2) The Clerk is directed to send copies of this order to Plaintiff.

**DATED** this  10th  day of December, 2009.

                                                         Karen L. Strombom
                                                         United States Magistrate Judge