1
2
3
4
5
6
                      UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7
                             AT TACOMA
8

9    JOHN E. BARNHOUSE,                No. C09-5527 RBL/KLS

10                      Plaintiff,

11      v.                     ORDER REGARDNG MOTION TO
                             CORRECT ERROR AND MISSING

12    HAROLD CLARKE, *et al.*,       SUMMONS
                 Defendants.

13

14        Before the court are Plaintiff's "Motion to Correct Mistake: Service of Summons,"

15   "Motion to Correct Missing Summons," and "Motion to Correct Error," in which Plaintiff

16   complains that the court failed to properly serve his complaint.  Dkts. 53, 54 and 56.  The Clerk

17   is directed to send to Plaintiff a copy of the docket sheet in this case that reflects the status of

18   service of his complaint.  Plaintiff's motions (Dkts. 53, 54 and 56) are **DENIED.**

19

20        DATED this <u>8th</u> day of March, 2010.

21

22

23                          Karen L. Strombom
                           United States Magistrate Judge

24

25

26

ORDER - 1