UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

                Plaintiff,

v.

HAROLD CLARKE, *et al.*,

                Defendants.

No. C09-5527 RBL/KLS

ORDER DENYING MOTION TO STAY AND GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

    Before the court is Plaintiff's Motion to Stay All Proceedings. Dkt. 58. Mr. Barnhouse requests the stay because he states that he has filed an appeal, a motion to recuse, and that he will be unable to respond to any filings until after March 31, 2010, when he will be released from prison and will regain access to legal files that week. *Id.* There is no basis for staying this action pending the filing of an interlocutory appeal. In addition, Plaintiff's motion to recuse the undersigned has been denied. However, Defendants have recently filed a motion to dismiss and that motion is presently noted for consideration on March 26, 2010. Dkt. 61. Therefore, an extension of time for the filing of Plaintiff's response to this motion shall be granted.

    Accordingly, Plaintiff's Motion to Stay All Proceedings (Dkt. 58) is **DENIED**. It is further **ORDERED** that Plaintiff shall be granted an extension of time within which to respond to Defendants' motion to dismiss (Dkt. 61) until **April 26, 2010**. The Clerk shall **re-note** the

ORDER - 1

motion to dismiss (Dkt. 61) for **April 30, 2010** and send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 8th day of March, 2010.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2