UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

                Plaintiff,

    v.

HAROLD CLARKE, et al.,

                Defendants.

No. C09-5527 RBL/KLS

ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 15.

A review of the docket reflects that the waiver and return of service forms directed to the following defendants have been returned unexecuted:

1.    Eric Young, marked "no longer employed at CBCC."

2.    Robert O'Neil, marked "no longer employed at CBCC – retired."

3.    Michael Christensen, marked "no longer employed at CBCC."

4.    Karen Brunson, marked "no longer employed at CBCC – retired."

ORDER - 1

Dkts. 47, 48, 49 and 50.

The Court is not aware of any other addresses for the above-named Defendants. Therefore, another attempt to complete service on them cannot be made. Because service cannot be effected, personal jurisdiction over Defendants Young, O'Neil, Christenson and Brunson does not currently exist in this case and the Court has no authority over them at this time. However, if Plaintiff provides the Court with current addresses for these defendants, along with properly completed summons and copies of the complaint, the court will direct the United States Marshal to once more attempt service.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff copies of the return of service forms received (Dkts. 47, 48, 49 and 50), and four additional summons and marshal forms.

**DATED** this   8th   day of March, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2