UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>           Plaintiff,<br><br>      v.<br><br>HAROLD CLARK, *et al.*,<br><br>           Defendants. | No. C09-5527 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #79], and the remaining record, does hereby find and **ORDER**:

1) On May 21, 2010, the Court entered an Order permitting plaintiff to file further objections to the Report and Recommendation on or before June 3. 2010. The docket reflects that no such objections were filed;

2) The Court adopts the Report and Recommendation;

3) Defendants' motion to dismiss (Dkt. 61), Plaintiff's Complaint is **DISMISSED WITH PREJUDICE and said dismissal shall count as a strike under 28 U.S.C. §  1915(g).**

4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 11th day of June, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1