# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN E. BARNHOUSE,

          v.

HAROLD CLARK, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5527 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) On May 21, 2010, the Court entered an Order permitting plaintiff to file further objections to the Report and Recommendation on or before June 3. 2010. The docket reflects that no such objections were filed;

2) The Court adopts the Report and Recommendation; and

3) Defendants' motion to dismiss (Dkt. 61), Plaintiff's Complaint is **DISMISSED WITH PREJUDICE and said dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

| June 14, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                  *s/ Mary Trent*
                                                  Deputy Clerk