HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BARNHOUSE,

         Plaintiff,

    v.

HAROLD CLARK, et al.,

         Defendants.

Case No. C09-5527RBL

ORDER

    THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Extension of Time [Dkt. #83] and Motion for the United States Marshal to Serve Summonses [Dkt. #89]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

    These motions are more properly considered as motions for reconsideration of this Court's Order Adopting Report and Recommendation and is governed by CR7(h), Local Rules W.D. Wash. Under that Rule, motions for reconsideration are disfavored and will not be granted unless the moving party presents new facts or law that could not have been brought to this Court's attention earlier or that the Court otherwise erred. That standard has not been met in this case and Plaintiff's motions are **DENIED**.

    The Court will not accept any further filings in this closed case other than a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.

1  **IT IS SO ORDERED.**

2  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
3  appearing pro se.

4  Dated this 18th day of June, 2010.

   _____
   RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE